IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TYPEMOCK, LTD., | § § § | |
| Plaintiff, | § § | Case No.:  1:16-cv-01314-LY |
| v. | § § | |
| TELERIK, INC., | § § | |
| Defendant. | § § | |

**AGREED TO MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Typemock, Ltd. ("Typemock") files this Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint.

Plaintiff Typemock filed the Complaint in this case on December 15, 2016. Dkt. No. 1. Plaintiff Typemock and Defendant Telerik, Inc. ("Telerik") met and conferred, and Typemock agreed to an extension of the deadline for Telerik to answer or otherwise respond to Typemock's Complaint until and through Friday, February 3, 2017.

The additional time is sought for good cause, and not for purposes of delay.

Dated: December 30, 2016.

Respectfully submitted,

*/s/ Howard L. Close*
HOWARD L. CLOSE
Attorney-in-Charge
Texas Bar No. 004406500
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone:   (713) 572-4321
Facsimle:     (713) 572-4320
close@wrightclose.com

**ATTORNEY FOR THE PLAINTIFF**

OF COUNSEL:

Kathleen S. Rose
State Bar No. 00798473
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone:   (713) 572-4321
Facsimle:     (713) 572-4320
rose@wrightclose.com

Ronald Abramson
David G. Liston
LEWIS BAACH PLLC
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Telephone:  (212) 826-7001
Facsimile:  (212) 826-7146
ronald.abramson@lewisbaach.com
david.liston@lewisbaach.com

## CERTIFICATE OF CONFERENCE

I hereby certify that parties are in agreement on the filing of this motion.

*/s/ Kathleen S. Rose*
Kathleen S. Rose

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2016, a true and correct copy of the foregoing document was filed with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Kathleen S. Rose*
Kathleen S. Rose